**McGuireWoods LLP**
Sabrina A. Beldner (SBN 221918)
   Email: sbeldner@mcguirewoods.com
Amy E. Beverlin (SBN 284745)
   Email: abeverlin@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Sylvia J. Kim (SBN 258363)
   Email: skim@mcguirewoods.com
2 Embarcadero Center, Suite 1300
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendants RSI HOME PRODUCTS, INC.;
RSI PROFESSIONAL CABINET SOLUTIONS;
PROFESSIONAL CABINET SOLUTIONS; and
AMERICAN WOODMARK CORPORATION

Jean-Claude Lapuyade (SBN 248676)
jlapuyade@jcl-lawfirm.com
**JCL LAW FIRM, APC**
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: (619) 599-8292
Facsimile: (619) 599-8291

Attorneys for Plaintiff
CHRISTOPHER J. RODRIGUEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. RODRIGUEZ, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RSI HOME PRODUCTS, INC., a corporation; RSI PROFESSIONAL CABINET SOLUTIONS, a corporation; PROFESSIONAL CABINET SOLUTIONS, a corporation; AMERICAN WOODMARK CORPORATION, a corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 5:20-cv-00138-JAK-SP<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>*[Proposed] Order Under Separate Cover* |

148566668.1

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(2)

# STIPULATION

Plaintiff Christopher J. Rodriguez ("Plaintiff") and Defendants RSI Home Products, Inc. ("RSIHPI"), RSI Professional Cabinet Solutions ("RSIPCS"), Professional Cabinet Solutions ("PCS"), and American Woodmark Corporation ("AWC") (collectively, "Defendants"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that in light of the Parties obtaining final approval and having judgment entered thereon in the class and representative action settlement in *Rodriguez v. RSI Home Products, Inc., et al.*, San Bernardino Superior Court Case No. CIVDS2023354, and pursuant to the Parties' agreement and Fed. R. Civ. P. 41(a)(2), this action shall be dismissed in its entirety with prejudice as against Defendants. The Parties shall each bear their own fees and costs.

DATED: August 6, 2021     **McGuireWoods LLP**

By: */ s / Sabrina A. Beldner*
Sabrina A. Beldner, Esq.
Sylvia J. Kim, Esq.
Amy E. Beverlin, Esq.
Attorneys for Defendants RSI HOME PRODUCTS, INC.; RSI PROFESSIONAL CABINET SOLUTIONS; PROFESSIONAL CABINET SOLUTIONS; and AMERICAN WOODMARK CORPORATION

DATED: August 6, 2021     **JCL LAW FIRM, APC**

By: */ s / Jean-Claude Lapuyade*
Jean-Claude Lapuyade, Esq.

Attorneys for Plaintiff
CHRISTOPHER J. RODRIGUEZ

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Jean-Claude Lapuyade*
Jean Claude Lapuyade, Esq.