1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER J. RODRIGUEZ, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RSI HOME PRODUCTS, INC., a corporation; RSI PROFESSIONAL CABINET SOLUTIONS, a corporation; PROFESSIONAL CABINET SOLUTIONS, a corporation; AMERICAN WOODMARK CORPORATION, a corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-00138-JAK-SP<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation" (Dkt. 26)) sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is dismissed in its entirety, with each party bearing his or their own costs.

**IT IS SO ORDERED.**

DATE: August 10, 2021

_____
John A. Kronstadt
United States District Judge